

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2019

No. 04-18-00889-CR & 04-18-00890-CR

Sergio **MARTINEZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR10879, 2015CR10880
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

The reporter's records in these consolidated appeals were originally due January 2, 2019, but were not filed. On January 11, 2019, this court notified court reporters Decline Benavides and Mary Beth Sasala by letter that they are the reporters responsible for timely filing the reporter's records and the records had not been filed. Our notice required the reporters to file the records no later than February 13, 2019, unless appellant had failed to pay or make arrangements to pay the fee for preparing the record and is not entitled to appeal without paying the fee, in which case they were required to file a notice so advising the court no later than January 22, 2019. Ms. Benavides filed her portion of the reporter's record on January 15, 2019, but we received no response to our letter from Ms. Sasala

We therefore **ORDER** court reporter Mary Beth Sasala to file her portion of the record in this court on or before **March 27, 2019**. **Ms. Sasala is advised that if the record is not received by this date, we may order her to appear and show cause why she should not be held in contempt.**

We **order** the clerk of this court to serve this order on court reporter Mary Beth Sasala by certified mail, return receipt requested, and by first class United States mail. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX .R. APP. P. 35.3(c), we also **order** the clerk of this court to serve a copy of this order on the trial court. The order should be served on all appellate counsel as well.

_Beth Watkins_

Beth Watkins, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2019.



_Keith E. Hottle_

KEITH E. HOTTLE,
Clerk of Court